# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

HERBERT C. PERRY, Plaintiff

V.

CARDI'S DEPARTMENT STORE, INC.,
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05-10563 JLT

TO: (Name and address of Defendant)

CARDI'S DEPARTMENT STORE, INC.
ONE CARDI CENTER
SWANSEA, MA    02777

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SAL J. GERMANI, ESQ.
GERMANI & GERMANI, P.C.
50 UNION STREET
P. O. BOX 2178
ATTLEBORO, MA    02703

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

APR - 8 2005

CLERK                                               DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**

Bristol, ss.                                                          April 20, 2005

I hereby certify and return that on 4/19/2005 at 09:35 am I served a true and attested copy of the Summons and Complaint, Jury demand, C.A. Cover Sheet in this action in the following manner: To wit, by delivering in hand to Melissa Whellier, agent, person in charge at the time of service for Cardi's Department Store, Inc., One Cardi Center, Swansea, MA 02777. Copies ($2.00), Conveyance ($2.25), Travel ($20.80), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $62.80

Deputy Sheriff Carl A Munroe                                          _Deputy Sheriff_

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                              Signature of Server

                                         _____
                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.