UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HERBERT C. PERRY,<br>    Plaintiff<br><br>vs<br><br>CARDI'S DEPARTMENT STORE, INC.,<br>    Defendant | CASE NUMBER:<br>05-10563 JLT |

### NOTICE OF DISMISSAL

The Plaintiff, Herbert C. Perry, pursuant to Fed.R.Civ.P. 41(a)(1)(i), dismisses the Complaint as to the Defendant, Cardi's Department Store, Inc.

Respectfully submitted,
The Plaintiff
By his attorneys

Date: MAY 17, 2005

*Sal J. Germani*
Sal J. Germani, Esquire
BBO #547991
Germani & Germani, P.C.
50 Union Street
P. O. Box 2178
Attleboro, MA  02703
(508) 222-5858

C:/auto acc/Perry/Notice of Dismissal 05-17-05