UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **HERBERT C. PERRY,** <br>       **Plaintiff** <br><br> v. <br><br> **RYAN LEMAY and ADVANCED DELIVERY SYSTEMS, INC.,** <br>       **Defendants** | **CASE NUMBER:** <br> **05-10563 JLT** <br><br><br> **AMENDED COMPLAINT AND JURY DEMAND** |

## PARTIES

1. The Plaintiff, Herbert C. Perry, resides in North Attleboro, Bristol County, Massachusetts.

2. The Defendant, Ryan Lemay, resides in Providence, Providence County, Rhode Island.

3. The Defendant, Advanced Delivery Systems, Inc. ("ADS"), is a foreign corporation organized under the laws of the State of Delaware and has a principal place of business located at 1071 Post Road, Suite 3, Westport, Connecticut.

## JURISDICTION

4. This action is brought pursuant to 28 11 U.S.C. 1332 as it involves a motor vehicle accident. The matter in controversy, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand ($75,000.00).

## COUNT I

5. Plaintiff hereby repeats and incorporates by reference paragraphs 1 through 4 of this Amended Complaint.

6. On October 3, 2004, the Plaintiff, Herbert C. Perry, was the operator of a motorcycle at the intersection of Church Street and North Washington Street in North Attleboro, Massachusetts.

7. At the same time, the Defendant, Ryan Lemay, was the operator of a large delivery truck bearing advertising for "Cardi's" furniture owned and/or maintained and/or controlled by the Defendant, Advanced Delivery Systems, Inc., at the intersection of the said Church Street and North Washington Street located in North Attleboro, Massachusetts.

8. The Defendant, Ryan Lemay, negligently operated said furniture delivery truck so as to cause and/or substantially contribute to the accident.

9. As a direct and proximate result of the negligence of the Defendant, Ryan Lemay, the

Plaintiff, Herbert C. Perry, was seriously injured. The Plaintiff, Herbert C. Perry has incurred and continues to incur, substantial medical expenses, loss of income, physical pain and suffering and mental anguish.

**WHEREFORE**, the Plaintiff, Herbert C. Perry, demands judgment against the Defendant, Ryan Lemay, in the amount of his damages together with interest and costs.

## COUNT II

10. The Plaintiff, Herbert C. Perry, hereby repeats and incorporates by reference paragraphs 1 through 9 of this Complaint.

11. At the time and place of the accident to which reference was made, the truck was operated by the Defendant, Ryan Lemay, in a careless and negligent manner so as to cause and/or substantially contribute to said accident.

12. At all material times to the accident in this case, the Defendant, Ryan Lemay, was operating a large furniture delivery truck that was owned and registered in the name of the Defendant, Advanced Delivery Systems, Inc.

13. At all material times to the action in this case, the Defendant, Ryan Lemay, was employed by the Defendant, Advanced Delivery Systems, Inc., and was acting within the scope of his employment with the Defendant, Advanced Delivery Systems, Inc., and there exists evidence that at the time of the accident the truck involved in the accident was registered in the name of the Defendant, Advanced Delivery System, Inc., as owner. Pursuant to M.G.L. c. 231, §85A, it shall be prima facie evidence that it was then being operated by and under the control of a person for whose conduct the Defendant, Advanced Delivery Systems, Inc., was legally responsible.

14. As a direct and proximate result of the negligence of the Defendant, Ryan Lemay, a person for whom the Defendant, Advanced Delivery Systems, Inc., was legally responsible, the Plaintiff, Herbert C. Perry, was seriously injured. The Plaintiff, Herbert C. Perry, has incurred, and continues to incur substantial medical expenses, loss of income, physical pain and suffering and mental anguish.

**WHEREFORE** the Plaintiff, Herbert C. Perry, demands judgment against the Defendant owner, Advanced Delivery System, Inc., in the amount of his damages together with interest and costs.

THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES.

          Respectfully submitted,
          The Plaintiff
          By his Attorneys

          */s/ Sal J. Germani*
          Sal J. Germani, Esq.
          BBO #547991
          Germani & Germani, P.C.
          50 Union Street, P.O. Box 2178
          Attleboro, MA 02703
          Tel:   (508) 222-5858
          Fax:  (508) 222-9906

C:\2\Perry\Amended Complaint

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)_____
   HERBERT C. PERRY V. RYAN LEMAY

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LIST ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1))

   ___   I.    160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT

   ___   II.   195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720, 730,
               740, 790, 791, 820, 830, 840, 850, 890, 892-894, 895, 950.

   _X_   III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.

   ___   IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
               690, 810, 861-865, 870, 871, 875, 900.

   ___   V.    150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E))
   NONE

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT? __NO__

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? __NO__
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403)
   _____

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? __NO__

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY)? (SEE LOCAL RULE 40.1(C)) YES ____ OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? (SEE LOCAL RULE 40.1(D)) YES ____

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? YES ____
   (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? _____

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? _____

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION____ OR WESTERN SECTION_____

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   SAL J. GERMANI
ADDRESS   50 UNION ST., P. O. BOX 2178, ATTLEBORO, MA 02703
TELEPHONE NO.   (508) 222-5858

(COVER.SHT-08/90)                                           APPENDIX C

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
HERBERT C. PERRY

## DEFENDANTS
ADVANCED DELIVERY SYSTEMS, INC. and RYAN LEMAY

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: BRISTOL, MA
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Sal J. Germani, Esq. - Germani & Germani, P.C.
50 Union St. - P. O. Box 2178
Attleboro, MA 02703   (508) 222-5858

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws |  | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☒ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
|  |  | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **HABEAS CORPUS:** |  | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land |  ☐ 535 Death Penalty |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
28 11 U.S.C. 1332

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: 5-17-05
SIGNATURE OF ATTORNEY OF RECORD: /s/ Sal J. Germani

**FOR OFFICE USE ONLY**
Sal J. Germani

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____