## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 31, 2005 |
| NAME OF SERVER *(PRINT)* Lawrence F. Cafero | TITLE Connecticut State Marshal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: Advanced Delivery Systems, Inc. 1071 Post Road East, Westport, CT 06880

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $25.00 | $75.00 (Paid) | $100.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 31, 2005            *Lawrence F. Cafero*
                Date                   Signature of Server

60 Rampart Road, Norwalk, CT 06854
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.