UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NUMBER: 05-10563 JLT

| | |
|---|---|
| HERBERT C. PERRY,<br>      **Plaintiff**<br><br>vs.<br><br>**RYAN LEMAY and ADVANCED DELIVERY SYSTEMS, INC.,**<br>      **Defendants** | **DEFENDANTS' RULE 7.1<br>CORPORATE DISCLOSURE**<br>(Local Rule 7.3) |

Now comes the Defendant, Advanced Delivery System, Inc., in the above entitled matter, and states that it does _not_ have any "parent corporation, " _nor_ does any publicly held corporation own 10% or more of its stock.

Defendants,
Ryan LeMay and Advanced Delivery Systems, Inc.,
By their attorney,

/s/ Mark S. Bodner

Mark S. Bodner (BBO#546005)
Kenner, Engelberg, Bratcher & Whalen
60 State Street, Suite 600
Boston, MA 02109
(617) 371-4141

DATED: 6/17/05

I hereby certify that a true copy of the above document was served upon each party or upon the attorney of record for each party, by mail on _____6/17/05_____.

Signed: /s/ Mark S. Bodner