SEP-21-2005 14:51 KENNER ENGELBERG 617 439 8881 P.03/04
Case 1:05-cv-10563-JLT   Document 11   Filed 10/05/2005   Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NUMBER:
05-10563 JLT

HERBERT C. PERRY,
    Plaintiff

v.

RYAN LEMAY and ADVANCED
DELIVERY SYSTEMS, INC.,
    Defendants

## JOINT STATEMENT PURSUANT TO LR 16.1

The Parties to the above-captioned action hereby submit the following proposed pre-trial schedule:

1. All discovery, including interrogatories, requests for production of documents, requests for admissions and depositions (excluding expert depositions), shall be completed on or before April 1, 2006.

2. The Plaintiff, Herbert C. Perry, may be examined by an Independent Medical Physician of defendant's choosing, on or before June 1, 2006.

3. The parties shall supplement their expert interrogatories and file their expert disclosures pursuant to F.R.C.P. 26(a)(2)(B) on or before ninety (90) days prior to trial.

4. Any expert depositions shall be completed within thirty (30) days prior to trial.

5. Any and all dispositive motions shall be filed on or before sixty (60) days prior to trial.

See attached Certifications relative to LR 16.1(D)(3).