UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HERBERT C. PERRY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-10563-JLT |
| | * | |
| RYAN LEMAY and ADVANCED DELIVERY SYSTEMS, INC., | * | |
| | * | |
| | * | |
| Defendants. | * | |

ORDER

October 19, 2005

TAURO, J.

After a conference on October 19, 2005, this court hereby orders that:

1. The Parties may depose the following: (1) Herbert Perry; (2) Jeremiah Instasi; (3) Thomas McCafferty; (4) Keeper of Records of Plaintiff's Medical Provider; (5) Keeper of Records of Plaintiff's Employer; (6) Keeper of Records of Plaintiff's Insurance Provider; (7) Plaintiff's Physician; (8) Ryan Lemay; (9) Advanced Delivery Systems, Inc. pursuant to Rule 30(b)(6);

2. All depositions must be completed by April 28, 2006;

3. No additional discovery will be permitted without leave of this court; and

4. The Parties will appear before the court on May 9, 2006 at 10:00 a.m. for a Further Conference.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge