UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HERBERT C. PERRY,            )<br>      Plaintiff     )<br>                              )<br>V.                            )<br>                              )<br>RYAN LEMAY and ADVANCED       )<br>DELIVERY SYSTEMS, INC.,       )<br>      Defendants    )<br>                              ) | Case No. 05-10563-JLT |

### APPEARANCE

    Now comes Theodore J. Koban being an attorney duly licensed to practice in the Commonwealth of Massachusetts and hereby enters his appearance on behalf of the Plaintiff Herbert C. Perry.

/s/ Theodore J. Koban
Theodore J. Koban, BBO #276240
89 No. Main Street
Attleboro, MA 02703
508-222-0700

### Certificate of Service

    I hereby certify that this document sent through the ECF system will be sent electronically to the registered participants as identified as on the Notice of Electronic Filing.

/s/ Theodore J. Koban