UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **HERBERT C. PERRY,** )<br>            Plaintiff       )<br>                              )<br>**V.**                            )<br>                              )<br>**RYAN LEMAY and ADVANCED** )<br>**DELIVERY SYSTEMS, INC.,** )<br>            Defendants   )<br>                              ) | Case No. 05-10563-JLT |

**PLAINTIFF'S MOTION FOR LEAVE TO
EXTEND DEADLINE TO DEPOSE JEREMIAH INSTACI**

On October 19, 2005 this Honorable Court issued an Order providing that all depositions be completed by April 28, 2006.  One of the parties to be deposed, Jeremiah Instaci, is presently a resident of Summerfield, Florida.  It has taken the plaintiff several months to locate Mr. Instaci and to reestablish contact with him.  The plaintiff has, at this date, established contact with local counsel in Summerfield, Florida who has agreed to conduct the deposition of Mr. Instaci but it is proving impossible for such deposition to be arranged by the existing deadline.

Accordingly, the plaintiff respectfully requests this Honorable Court grant them leave to extend the deadline for taking Jeremiah's Instaci's deposition 45 days to June 12, 2006.

Herbert C. Perry,
By his attorney,


/s/ Theodore J. Koban
Theodore J. Koban, BBO #276240
89 No. Main Street
Attleboro, MA 02703
508-222-0700

*Herbert v. Lemay, Page 2*

## Certificate of Service

I, Theodore J. Koban, being the attorney of record for the Plaintiff in the above-captioned case do hereby certify that a true and accurate copy of the Motion has been served this day upon Attorney Mark S. Bodner, Kanner, Engelberg, Bratcher and Whelan, 60 State Street, #600, Boston, MA 02109 by the Courts Electronic Filing System with a true and accurate copy being sent to Attorney Bodner by first class mail postage prepaid this date.

                                                                          /s/ Theodore J. Koban
                                                                          Theodore J. Koban, BBO #276240