UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **HERBERT C. PERRY,**      ) <br>     **Plaintiff**       ) <br>        ) <br> **V.**       ) <br>        ) <br> **RYAN LEMAY and ADVANCED**      ) <br> **DELIVERY SYSTEMS, INC.,**      ) <br>     **Defendants**      ) <br>        ) | Case No. 05-10563-JLT |

**PLAINTIFF'S SECOND MOTION FOR LEAVE TO
EXTEND DEADLINE TO DEPOSE JEREMIAH INSTACI**

     On October 19, 2005 this Honorable Court issued an Order providing that all depositions be completed by April 28, 2006. Subsequently, this Honorable Court extended that deadline to June 19, 2006 so that the Plaintiff might secure the deposition of Jeremiah Instaci, a resident of Summerfield, Florida. The plaintiff has retained local counsel in Summerfield Florida and is in the process of scheduling a deposition for Mr Instaci for July 13, 2006.

     Accordingly, the plaintiff respectfully requests this Honorable Court grant them leave to extend the deadline for taking Jeremiah's Instaci's deposition to July 30, 2006. No further continuances are anticipated.

                                                                                  Herbert C. Perry,
                                                                                  By his attorney,

                                                                                  /s/ Theodore J. Koban
                                                                                  Theodore J. Koban, BBO #276240
                                                                                  89 No. Main Street
                                                                                  Attleboro, MA 02703
                                                                                  508-222-0700

*Herbert v. Lemay, Page 2*

## Certificate of Service

    I, Theodore J. Koban, being the attorney of record for the Plaintiff in the above-captioned case do hereby certify that a true and accurate copy of the Motion has been served this day upon Attorney Mark S. Bodner, Kanner, Engelberg, Bratcher and Whelan, 60 State Street, #600, Boston, MA 02109 by the Courts Electronic Filing System with a true and accurate copy being sent to Attorney Bodner by first class mail postage prepaid this date.


                                                /s/ Theodore J. Koban
                                                Theodore J. Koban, BBO #276240