UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 JUN 16  P 2: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER: 05-10563 JLT

| | |
|---|---|
| HERBERT C. PERRY,<br>      Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| RYAN LEMAY and ADVANCED<br>DELIVERY SYSTEMS, INC.,<br>      Defendants | )<br>)<br>)<br>) |

### DEFENDANTS' OPPOSITION TO MOTION TO EXTEND DEADLINE TO DEPOSE MR. INSTACI

The Defendants hereby oppose the Plaintiff's Second Motion to Extend the time for the Plaintiff to depose Mr. Instaci. As grounds thereof, the Defendants state that the Plaintiff has not given any explanation as to why the deposition could not have been arranged during the prior 45 day extension this Honorable Court granted.

This matter involves a single vehicle motorcycle accident. The Plaintiff claims that he was following the Defendants' truck traveling at only 15 miles per hour down North Washington Street (a two lane street, with one lane in each direction), and that he was driving at the same speed, following the truck at least 4 or more medium size car lengths, and more than 40 feet behind. He claims that the truck stopped suddenly and without any turn directional signal operating when the truck reached Church Street. Mr. Perry claims that he could not stop

the motorcycle in 40 feet when traveling at 15 miles per hour. Thus, to avoid hitting the truck, he swerved into the opposite lane. He then feared he might be involved in a collision with other vehicles that might be coming from the intersection, and thus he purposefully laid his bike down on the street. Mr. Instaci is purported to be the driver traveling in the opposite direction on North Washington Street.

Even if the Defendants' vehicle stopped short, which the Defendants deny, this accident was caused by the Plaintiff's own actions of failing to keep a proper and safe distance behind the Defendants' truck, and/or failing to stop his motorcycle which was traveling at only 15 miles per hour in a distance of at least 40 feet.

Mr. Instaci will not be able to provide any evidence as to the critical issue as to the Plaintiff's operation of his motorcycle prior to entering into the wrong lane of travel. Furthermore, if his deposition was critical to the Plaintiff's claims, the Plaintiff should have made more of an effort to secure the deposition in a timely fashion.

Accordingly, the Defendants request that this Honorable Court deny the Plaintiff's Motion to Extend the time to depose Mr. Instaci, and further order that Mr. Instaci be precluded from being called as a witness at the Trial of this matter because of the Plaintiff's failure to secure his deposition in a timely fashion.

Defendants,
By their attorney,

_____
Mark S. Bodner (BBO#546005)
Kenner, Engelberg, Bratcher & Whalen
60 State Street, Suite 600
Boston, MA 021109
(617) 371-4141

DATED: 6/15/06

I hereby certify that a true copy of the above document was served upon each party or upon the attorney of record for each party by mail on ___6/15/06___.

Signed: _____