UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HERBERT C. PERRY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 05-10563-JLT |
| v. | * | |
| | * | |
| RYAN LEMAY and ADVANCED | * | |
| DELIVERY SYSTEMS, INC., | * | |
| | * | |
| Defendants. | * | |

ORDER

June 19, 2006

TAURO, J.

After the Status Conference held on June 19, 2006, this court hereby orders that:

1. Plaintiff's <u>Second Motion for Leave to Extend Deadline to Depose Jeremiah Instaci</u> [#15] is ALLOWED;

2. Plaintiff has until July 31, 2006 to undergo a medical examination and provide an updated medical report to Defendants;

3. A Final Pretrial Conference is scheduled for August 17, 2006 at 10:00 a.m.; and

4. Trial will begin on September 18, 2006.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge