UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HERBERT C. PERRY,<br>　　　　Plaintiff<br><br>V.<br><br>RYAN LEMAY and ADVANCED<br>DELIVERY SYSTEMS, INC.,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)　Case No. 05-10563-JLT<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR LEAVE TO
EXTEND DEADLINE TO PROVIDE MEDICAL REPORT**

1. On June 19, 2006 this Honorable Court issued an Order providing that the Plaintiff Herbert Perry undergo a medical examination and to provide a copy of an updated medical report to opposing counsel by July 31, 2006.

2. Mr. Perry did undergo an examination with his treating Dr. Jeffery Poggi in early July 2006 at which time counsel requested and paid for the preparation of a narrative report in which the doctor would outline his findings and conclusions as to the extent of Mr. Perry's present physical situation and offer an evaluation of any continuing limitations he might find.

3. Counsel advised Dr. Poggi's office that the narrative report was needed before the end of July and was assured it would be provided in a timely manner.

4. To date no report has been received by counsel.

5. Counsel called the doctor's office on July 26, 2006 and was told by the correspondence secretary that she was "hopeful" the report would be completed and furnished to him in two weeks.

　　**Wherefore**, Plaintiff respectfully requests that this Honorable Court extend the deadline for furnishing a copy of said narrative report to opposing counsel on or before August 16, 2006. Please note, a Final Pre Trial Conference has been scheduled for this Matter on August 17, 2006.

*Herbert v. Lemay, Page 2*

                                                  Herbert C. Perry,
By his attorney,


/s/ Theodore J. Koban
Theodore J. Koban, BBO #276240
89 No. Main Street
Attleboro, MA 02703
508-222-0700


## Certificate of Service

    I, Theodore J. Koban, being the attorney of record for the Plaintiff in the above-captioned case do hereby certify that a true and accurate copy of the Motion has been served this day upon Attorney Mark S. Bodner, Kanner, Engelberg, Bratcher and Whelan, 60 State Street, #600, Boston, MA 02109 by the Courts Electronic Filing System with a true and accurate copy being sent to Attorney Bodner by first class mail postage prepaid this date.


/s/ Theodore J. Koban
Theodore J. Koban, BBO #276240