UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NUMBER: 05-10563 JLT

| | |
|---|---|
| HERBERT C. PERRY,<br>    Plaintiff<br><br>vs.<br><br>RYAN LEMAY and ADVANCED<br>DELIVERY SYSTEMS, INC.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED IN CLERK'S OFFICE
2006 JUL 28  P 2: 31
U.S. DISTRICT COURT
DISTRICT OF MASS.

### DEFENDANTS' OPPOSITION TO MOTION TO EXTEND DEADLINE TO PROVIDE MEDICAL REPORT

The Defendants hereby oppose the Plaintiff's Motion to Extend the time for the Plaintiff to provide a medical report of his expert doctor. As grounds thereof, the Defendants state that the Plaintiff was given until July 31, 2006, to produce such report to the Defendants so that the Defendants would have sufficient time to seek to have the Plaintiff's medical records reviewed and have the Plaintiff undergo an Independent Medical Examination, if necessary, to enable the Defendants to name an expert witness in defense of the Plaintiff's injury claim if the Plaintiff's doctor opined that the Plaintiff would have permanent and/or continuing medical problems related to the alleged accident. If the Plaintiff is allowed until August 16, 2006, to produce such a report, the Defendants will nto have sufficient time to obtain such defense expert witness before the scheduled September 18, 2006, Trial date. The Defendants' attorney is scheduled to be on

vacation from August 19, 2006 through September 5, 2006, giving the Defendants no time to fairly respond to the late disclosure of such medical report.

Accordingly, the Plaintiff's Motion should be denied and the Plaintiff should only be allowed to introduce evidence regarding his alleged injuries that had been produced to the Defendants prior to July 31, 2006. In the alternative, if the Plaintiff is allowed additional time to produce the medical report, the Defendants state that the Trial of this matter should be continued to a later date.

DATED: 7/27/06

Defendants,
By their attorney,

/s/
Mark S. Bodner (BBO#546005)
Kenner, Engelberg, Bratcher & Whalen
60 State Street, Suite 600
Boston, MA 021109
(617) 371-4141

I hereby certify that a true copy of the above document was served upon each party or upon the attorney of record for each party by mail on 7/27/06

Signed:  /s/