UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HERBERT C. PERRY, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 05-10563-JLT |
| RYAN LEMAY and ADVANCED DELIVERY SYSTEMS, INC., | * |
| Defendants. | * |

ORDER

August 17, 2006

TAURO, J.

After the Pretrial Conference held on August 17, 2006, this court hereby orders that:

1. Defendant has until October 31, 2006 to conduct an insurance medical examination of Plaintiff;

2. The parties will report to Ms. Zita Lovett by September 8, 2006 regarding settlement; and

3. A Final Pretrial Conference will be held on November 7, 2006, at 11:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge