UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CASE NUMBER: 05-10563 JLT**

HERBERT C. PERRY,          )
          **Plaintiff**     )
                           )
VS.                        )
                           )
RYAN LEMAY and ADVANCED    )
DELIVERY SYSTEMS, INC.,    )
          **Defendants**   )

## NOTICE OF FIRM NAME CHANGE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please be advised that effective immediately Kenner, Engelberg, Bratcher & Whalen, located at 60 State Street, Suite 600, Boston, Massachusetts 02109, will now be known as Engelberg, Bratcher, Whalen & Kenner.

Dated this 29th day of August, 2006.

Defendants,
By their attorney,

Mark S. Bodner (BBO#546005)
Kenner, Engelberg, Bratcher & Whalen
60 State Street, Suite 600
Boston, MA 021109
(617) 371-4141

DATED: 8/29/06

I hereby certify that a true copy of the above document was served upon each party or upon the attorney of record for each party by mail on _____8/29/06_____.

Signed: