UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NUMBER: 05-10563 JLT

HERBERT C. PERRY,
    Plaintiff,

vs.

RYAN LEMAY and ADVANCED
DELIVERY SYSTEMS, INC.,
    Defendants

Pursuant to Rule 41(a)(1)(ii), the parties herein have stipulated that this action on behalf of Plaintiff herein, be dismissed with prejudice and without costs against the Defendants. The parties hereby further stipulate and agree that each shall bear their own costs, expenses and attorney fees. Each party hereby waives all rights of appeal.

Plaintiff,
By his attorney,

Theodore J. Koban (BBO#270240)
89 North Main Street
Attleboro, MA 02703
(508) 222-0700

Defendants,
By their attorney,

Mark S. Bodner (BBO#546005)
Engelberg, Bratcher, Whalen & Kenner
60 State Street, Suite 600
Boston, MA 02109
(617) 371-4141

DATED: 10/#/06

I hereby certify that a true copy of the above document was served upon each party or upon the attorney of record for each party by mail or efax on 10/18/06

Signed: